IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CHARLOTTE CLEAVE                                                                        PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 2:04CV161-P-A

RENAL CARE GROUP, INC, dba
RENAL CARE GROUP OF CLEVELAND                                          DEFENDANT

## FINAL JUDGMENT

This cause came on for hearing on defendant's Motion for Summary Judgment. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 11th day of July, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE